```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03177
    PHYLLIS JOLLIFF
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6840


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 02/23/2007 and was confirmed 04/26/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 08/23/2007.
--------------------------------------------------------------------------------
    CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
    BANK OF NEW YORK        CURRENT MORTG        .00           .00            .00
    BANK OF NEW YORK        MORTGAGE ARRE        .00           .00            .00
    FRANKLIN CREDIT MANAGEME CURRENT MORTG       .00           .00            .00
    FRANKLIN CREDIT MANAGEME MORTGAGE ARRE   1889.00           .00            .00
    RONNE TREE CONDOMINIUM A CURRENT MORTG       .00           .00            .00
    RONNE TREE CONDOMINIUM A MORTGAGE ARRE       .00           .00            .00
    COOK COUNTY TREASURER   SECURED              .00           .00            .00
    BALLYS TOTAL FITNESS    UNSECURED      NOT FILED           .00            .00
    LITTLE COMPANY OF MARY  UNSECURED      NOT FILED           .00            .00
    LITTLE COMPANY OF MARY H UNSECURED     NOT FILED           .00            .00
    LITTLE COMPANY OF MARY H UNSECURED     NOT FILED           .00            .00
    ROUNDUP FUNDING LLC     UNSECURED       1294.61            .00            .00
    A THOMAS POKELA ATTY AT UNSECURED        126.80            .00            .00
    PEOPLES ENERGY/GAS      UNSECURED      NOT FILED           .00            .00
    EVERGREEN EMERGENCY SERV UNSECURED     NOT FILED           .00            .00
    EVERGREEN EMERGENCY SERV UNSECURED     NOT FILED           .00            .00
    MILA INC                NOTICE ONLY    NOT FILED           .00            .00
    MILA INC                NOTICE ONLY    NOT FILED           .00            .00
    SBC                     NOTICE ONLY    NOT FILED           .00            .00
    LITTLE COMPANY OF MARY H UNSECURED     NOT FILED           .00            .00
    LITTLE COMPANY OF MARY H UNSECURED     NOT FILED           .00            .00
    LITTLE COMPANY OF MARY H UNSECURED     NOT FILED           .00            .00
    ASSET ACCEPTANCE LLC    UNSECURED       5603.49            .00            .00
    SENEX SERVICES CORP     UNSECURED        527.17            .00            .00
    NCO FINANCIAL           UNSECURED        179.21            .00            .00
    ILLINOIS DEPT OF REV    PRIORITY         124.85            .00            .00
    LEGAL HELPERS PC        DEBTOR ATTY    1,500.00                         196.98
    TOM VAUGHN              TRUSTEE                                          13.02
    DEBTOR REFUND           REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03177 PHYLLIS JOLLIFF
```

```
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    210.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      196.98
TRUSTEE COMPENSATION                                 13.02
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                     210.00                   210.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 12/05/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```




                              PAGE   2
        CASE NO. 07 B 03177 PHYLLIS JOLLIFF